# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2022-3500
_____

GEORGE DARNELL MACK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Union County.
Mitchell D. Bishop, Judge.

March 13, 2024

PER CURIAM.

The judgment on appeal is affirmed. Since the sentence has already been served, the appeal as to the sentence is dismissed as moot. *See Casiano v. State*, 310 So. 3d 910, 913 (Fla. 2021).

AFFIRMED in part, DISMISSED in part.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.